

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

## No. 02-23-00069-CV

_____

CONNECT MGA LLC AND OLD AMERICAN COUNTY MUTUAL FIRE
INSURANCE COMPANY, Appellants

V.

MARGARET WALDROP, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2020-005527-1

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On March 2, 2023, and March 14, 2023, we notified appellants, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless appellants paid the $205 filing fee. *See* Tex. R. App. P. 42.3(c), 44.3. Appellants have not done so. *See* Tex. R. App. P. 5, 12.1(b).

Because appellants have not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[1] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: April 13, 2023

---

[1]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).